# EXHIBIT 21

CUSTOMER #: 54885                283251
                                 *INVOICE*

VISION
AUTOMOTIVE GROUP
VISION HYUNDAI
2525 W. HENRIETTA ROAD
ROCHESTER, N.Y. 14623
(585) 292-0500
(800) 295-7977
Repair Shop # 7086084

ANNMARIE T HAAG
59 OAK BRIDGE WAY
ROCHESTER, NY 14612-2911
HOME:585-225-2318 CONT:N/A                    PAGE 1
BUS: 585-275-0143 CELL:585-764-6030    SERVICE ADVISOR: 1510 GREG MELINO

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TA |
|---|---|---|---|---|---|---|
| S | 09 | HYUNDAI SANTA FE | 5NMSH13E59H243458 | | 25841/25841 | |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO | VARIABLE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 14AUG09 DD | | | 20:00 03OCT11 | | N/A | CASH | 03OCT11 |

| R.O. OPENED | READY | OPTIONS: STK:51259HR DLR:NY083 ENG:3.3 Liter DOHC |
|---|---|---|
| 08:06 03OCT11 | 09:43 03OCT11 | AXL:TD 1)LIFETIME OIL CHANGES 2)KEY CARE |

```
LINE OPCODE TECH TYPE HOURS                          LIST      NET     TOTAL
A CUSTOMER STATES NOISE IN REAR BRAKES CK AND ADVISE
  RBJR REPLACE REAR BRAKE PADS AND ROTORS SERVICE
       CALIPERS
       1404 WHEELER,THOMAS E  LIC#: AY77
              CP                                              130.00   130.00
    1  58302-2BA41  PAD KIT-RR                       71.48     71.48    71.48
    2  980478       ROTOR                            99.99     99.99   199.98
    ***************************************************
EST: 25.00            03OCT11  08:06  SA: 1510
```

A WALK-AROUND INSPECTION HAS BEEN PERFORMED
ON YOUR VEHICLE TODAY.
A SURVEY MAY BE CONDUCTED. IF A GRADE OF 10 IS
NOT POSSIBLE, PLEASE CONTACT TONY, GREG, OR
JOEY.

The cause of major problems is not checking the minor ones.

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUME NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 130.00 |
| PARTS AMOUNT | 271.46 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 401.46 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 32.12 |
| PLEASE PAY THIS AMOUNT | 433.58 |