# EXHIBIT 10

**283251**

*INVOICE*

# VISION
## AUTOMOTIVE GROUP

**VISION HYUNDAI**
2526 W. HENRIETTA ROAD
ROCHESTER, N.Y. 14623
(585) 292-0500
(800) 295-7877
Repair Shop # 7086084

ANNMARIE T HAAG
59 OAK BRIDGE WAY
ROCHESTER, NY 14612-2911
HOME:585-225-2318  CONT:N/A
BUS: 585-275-0143  CELL:585-764-6030

PAGE 1

SERVICE ADVISOR: 1510 GREG MELINO

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| S | 09 | HYUNDAI SANTA FE | 5NMSH13E59H243458 | | 25841/25841 | |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | VARIABLE | PAYMENT | INV. DATE |
|----------|-----------|------------|----------|--------|----------|---------|-----------|
| 14AUG09 DD | | | 20:00 03OCT11 | | N/A | CASH | 03OCT11 |

| R.O. OPENED | | READY | OPTIONS: STK:51259HR DLR:NY083 ENG:3.3 Liter DOHC |
|-------------|--|-------|---------------------------------------------------|
| 08:06 03OCT11 | 09:43 03OCT11 | | AXL:TD 1)LIFETIME OIL CHANGES 2)KEY CARE |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|
| A | CUSTOMER STATES NOISE IN REAR BRAKES CK AND ADVISE | | | | | | | |
| | RBJR REPLACE REAR BRAKE PADS AND ROTORS SERVICE | | | | | | | |
| | CALIPERS | | | | | | | |
| | 1404 WHEELER,THOMAS E LIC#: AY77 | | | | | | | |
| | CP | | | | | | 130.00 | 130.00 |
| | 1 58302-2BA41 PAD KIT-RR | | | | | 71.48 | 71.48 | 71.48 |
| | 2 980478 ROTOR | | | | | 99.99 | 99.99 | 199.98 |
| | ******************************************************* | | | | | | | |

EST: 25.00          03OCT11  08:06    SA: 1510

A WALK-AROUND INSPECTION HAS BEEN PERFORMED
ON YOUR VEHICLE TODAY.
A SURVEY MAY BE CONDUCTED. IF A GRADE OF 10 IS
NOT POSSIBLE, PLEASE CONTACT TONY, GREG, OR
JOEY.

**HYUNDAI**

**CUSTOMER**

The cause of
major problems is
not checking the
minor ones.

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE
THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY
EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR
IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF
MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE,
AND NEITHER ASSUME NOR AUTHORIZES ANY OTHER PERSON
TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE
SALE OF SAID PRODUCTS.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 130.00 |
| PARTS AMOUNT | 271.46 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 401.46 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 32.12 |
| PLEASE PAY THIS AMOUNT | 433.58 |