# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANNE MARIE HAAG, on behalf of herself  :
and all others similarly situated,      :
                :
     Plaintiff,    :  Case No. 6:12-cv-06521-DGL
                :
    v.          :  **MOTION TO WITHDRAW**
                :  **AS ATTORNEY**
HYUNDAI MOTOR AMERICA,    :
                :
     Defendant.   :

------------------------------------------------------------x

Pursuant to Local Rule 83.2(d), the law firm of Whitfield Bryson & Mason LLP

("WBM"), through its undersigned attorney, hereby moves this Court for leave to withdraw

Jennifer S. Goldstein as counsel for Plaintiff in the above-captioned matter. In support of this

Motion, the undersigned states as follows:

  1. Gary E. Mason of WBM entered his appearance for Plaintiff on November 19,

2013 (ECF No. 42).

  2. Jennifer S. Goldstein of WBM was granted permission to appear *pro hac vice* for

Plaintiff on March 9, 2017 (ECF No. 108).

  3. As of January 19, 2019, Ms. Goldstein is no longer associated or employed with

the law firm WBM.

  4. No substitution is necessary as Plaintiff shall continue to be represented by other

counsel of record from WBM. All other listed counsel of record on behalf of Plaintiff

remains the same.

  5. Withdrawing Jennifer S. Goldstein as counsel will not prejudice the Plaintiff, nor

put undue burden or delay in the litigation of this matter.

WHEREFORE,  the undersigned counsel respectfully requests this Court to enter an

order withdrawing Jennifer S. Goldstein as counsel of record for Plaintiff in the above-captioned

action and relieving Jennifer S. Goldstein from any further duties for Plaintiff in this matter.


Dated: February 5, 2019                    Respectfully submitted,

                                           **WHITFIELD BRYSON & MASON LLP**


                                           */s/ Gary E. Mason*
                                           Gary E. Mason
                                           5101 Wisconsin Avenue NW, Ste. 305
                                           Washington, D.C. 20016
                                           Tel: (202) 429-2290
                                           Fax: (202) 429-2294
                                           gmason@wbmllp.com