**MANDATE**

W.D.N.Y.
12-cv-6521
Larimer, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT
_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July, two thousand nineteen.

Present:
> Denny Chin,
> Richard J. Sullivan,
> Joseph F. Bianco,
> > *Circuit Judges.*

_____

Anne Marie Haag,

> *Petitioner*,

v.                                                                                    19-676

Hyundai Motor America,

> *Respondent*.

_____

Petitioner requests, pursuant to Federal Rule of Civil Procedure 23(f), leave to appeal the district court's order denying her motion for class certification.  Upon due consideration, it is hereby ORDERED that the petition is DENIED because an immediate appeal is not warranted.  *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

*[seal: United States Court of Appeals Second Circuit]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

**MANDATE ISSUED ON 07/15/2019**